# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**OLA KIRK**                                                                                    **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:18-cv-95-LG-LRA**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY, ET AL**      **DEFENDANTS**

## ORDER

The parties ask for a 90 day extension of all deadlines, including the trial and pretrial [34]. The Court finds that the movants have set forth a specific factual basis (the health of Plaintiff) to establish the requisite good cause to alter the initial schedule.

The motion [34] is **granted**, and the deadlines and trial setting are extended as set forth below.

IT IS THEREFORE ORDERED:

1. The discovery deadline is extended until **March 8, 2019.**

2. The motion deadline is extended until **March 22, 2019.**

3. The pretrial conference is reset before Judge Guirola on **August 19 or 20, 2019,** and the trial is reset on his trial calendar commencing **September 3, 2019, and ending September 20, 2019**.

4. The settlement conference is rescheduled on **Wednesday, March 13, 2019,** at 9:00 a.m. before the undersigned.

SO ORDERED this the 14th day of November 2018.

                                                S/ Linda R. Anderson_____
                                                UNITED STATES MAGISTRATE JUDGE